IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT J. STORAY                                                                                          PLAINTIFF

vs.                                         4:09CV00788-WRW

LITTLE ROCK POLICE DEPARTMENT                                                        DEFENDANT

## ORDER

Pending is the Plaintiff's Motion to Proceed *In Forma Pauperis* (doc #1). After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED.

IT IS SO ORDERED this 6th day of October, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

ord.grantifp.wpd