UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 16, 2009**

Mr. Robert J Storay - *pro se*
1623 Barber Street
Little Rock, AR 72202

     Re: *Storay v. Little Rock Arkansas, City of*, 4:09CV00788-WRW.

Dear Mr. Storay:

My last Order (Doc. No. 23) instructed that an amended complaint should be filed if you intend to add Officer O'Kelly, Officer T. Smith, and Sgt. Helton as defendants. The Order also said an amended complaint should specifically set out the capacity in which you are suing the officers.

I have received your "Amendment of Pleading" (Doc. No. 27), which indicates you do intend to add the officers as defendants. The "Amendment of Pleadings," however, is not sufficient to be an amended complaint under the Federal Rules of Civil Procedure or the Local Rules, and does not comply with the instructions set out in my last Order.[1]

I am extending the deadline to file your amended complaint to 5 p.m., Wednesday, December 30, 2009. The amended complaint should comply with the Federal Rules of Civil Procedure, as well as the instructions set out in my last Order.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. No. 23.