# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT STORAY**                                                                **PLAINTIFF**

**V.**                              **4:09CV00788-WRW**

**CITY OF LITTLE ROCK, et al.**                                            **DEFENDANTS**

## ORDER

Defendants' Motion for a More Definite Statement (Doc. No. 34) is GRANTED. Plaintiff, who is proceeding *pro se*, must, by 5 p.m., Wednesday, January 27, 2010, file an amended complaint that complies with the Federal Rules of Civil Procedure -- specifically, Rule 8, which reads:

General Rules of Pleading

(a) Claim for Relief. A pleading that states a claim for relief must contain:

> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.[1]

Additionally, again, Plaintiff is instructed to "specifically set out the capacity in which [he] is suing" Officer O'Kelly, Officer Smith, and Sgt. Helton.[2]

IT IS SO ORDERED this 13th day of January, 2010.

                                              /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 8.

[2] Doc. No. 28.