**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 14, 2010**

Mr. Robert J Storay
1303 College Street
Little Rock, AR 72202

      Re: *Storay v. City of Little Rock, et al*, 4:09-CV-00788-WRW

Dear Mr. Storay:

I have received Defendant's Motion for Summary Judgment, which was filed on August 23, 2010.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Tuesday, September 21, 2010, I will grant the motion.

                          Cordially,

                          /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court

---

[1] The response was due on Friday, September 10, 2010.