IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT J. STORAY**                                                                                    **PLAINTIFF**

V.                                        **4:09CV00788-WRW**

**CITY OF LITTLE ROCK, ARKANSAS**                                              **DEFENDANT**

## JUDGMENT

Based on the Order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ADJUDGED this 22nd day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE